# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:13cv336

| | |
|---|---|
| SHARON B. ALEXANDER, as Administrator CTA of the Estate of Sara Catherine Mallady, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   ORDER<br>) |
| MAXINE O. ISREAEL, et al., | )<br>) |
| Defendant. | )<br>) |

Pending before the Court is the Motion to Stay [# 3]. All of the parties consent to the motion. Upon a review of the record, and for the reasons set forth in the Motion to Stay, the Court **GRANTS** the motion [# 3]. The Court **STAYS** these proceedings until the earlier of one hundred eighty (180) days from the filing of Plaintiff's claim or ten (10) days after the Federal Deposit Insurance Corporation has tendered a final determination upon the claim.

Signed: February 25, 2014

Dennis L. Howell
United States Magistrate Judge