# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00336-MR-DLH

| | |
|---|---|
| SHARON B. ALEXANDER, as Administrator CTA of the Estate of Sara Catherine Mallady, ) ) ) ) Plaintiff, ) ) vs. ) ) ) MAXINE O. ISRAEL, et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Motion for Voluntary Dismissal [Doc. 5].

For the reasons stated in the parties' motion, and for cause shown, the Court will allow the motion.

With the dismissal of the Federal Deposit Insurance Corporation, the Court questions whether subject matter jurisdiction still exists in this case. Accordingly, the Court will direct the parties to file briefs on this issue within seven (7) days of the entry of this Order.

**IT IS, THEREFORE, ORDERED** that the Motion [Doc. 5] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Federal

Deposit Insurance Corporation, as receiver for Blue Ridge Savings Bank, Incorporated, and Defendant The Bank of North Carolina are hereby **DISMISSED** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the parties shall file briefs, not to exceed ten (10) pages, on the issue of subject matter jurisdiction within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge