UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:13-cv-00336-MOC-DLH

| | |
|---|---|
| **SHARON B. ALEXANDER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **MAXINE O. ISRAEL** ) | |
| **FEDERAL DEPOSIT INSURANCE** ) | |
| **CORPORATION** ) | |
| **BENJAMIN ISRAEL** ) | |
| **THE BANK OF NORTH CAROLINA,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on the joint Motion for Remand. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion for Remand (#7) is **GRANTED**, and this matter is **REMANDED** to the North Carolina General Court of Justice, Superior Court Division, for Henderson County, for disposition.

Signed: July 23, 2014

Max O. Cogburn Jr.
United States District Judge